RECEI... #
AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:

LISA CINCOTTA, on her own behalf and as mother and
next friend of Xavier Cincotta,
    Plaintiff,

v.

GREYHOUND LINES, INC.
    Defendants

04-11843 RWZ

MAGISTRATE JUDGE

### NOTICE OF REMOVAL

Petitioner Greyhound Lines, Inc. ("Greyhound") hereby timely files this petition for removal pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446, requesting that the above-captioned civil action be removed from the Trial Court of the Commonwealth of Massachusetts, Essex Superior Court Department, to the United States District Court for the District of Massachusetts. As grounds for removal, Greyhound states as follows:

1. The above-captioned action was commenced against Greyhound in the Trial Court of the Commonwealth of Massachusetts, Essex Superior Court Department by a filing of a complaint on July 26, 2004. A copy of the summons and complaint (No. 04-1395-D) is attached hereto as Exhibit "A." The complaint alleges that plaintiff is a resident of Essex County, Massachusetts.

2. A copy of the complaint was served on Greyhound by service upon CT Corporation in Boston, Massachusetts on August 4, 2004 (Exhibit B).

3. As stated in the complaint, this case involves claims for personal injuries asserted against Greyhound arising out of an incident on August 6, 2002 in which plaintiff alleges that she and her minor son, Xavier Cincotta, were

8460.1/329766.1

1

traveling as passengers on a Greyhound bus and that the child was caused to fall from the seat of the bus causing injury. Counsel for plaintiff has advised counsel for the defendant that the minor child received serious head injuries and has incurred in excess of $100,000 in medical bills for treatment arising out of the claimed injuries (Exhibit C). Accordingly, the matter in controversy is likely to exceed $75,000 exclusive of interest and costs, as required by 28 U.S.C. § 1332 (a).

4. Petitioner Greyhound is incorporated in Delaware and has its principal office in Dallas, Texas. Exhibit D.

5. Petitioner is filing the notice of removal within 30 days of service of the complaint as required by 28 U.S.C. § 1446 (b).

WHEREFORE, the above-captioned action now pending against Greyhound Lines, Inc. in the Trial Court of the Commonwealth of Massachusetts, Essex Superior Court Department, is properly removed therefrom to the United States District Court for the District of Massachusetts.

DATED: August 24, 2004

GREYHOUND LINES, INC.,
By its attorney,

Gregg S. Blackburn
BBO # 044430
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

8460.1/329766.1

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon William J. Doyle, Jr., Esq., Leavis & Rest, P.C., Attorneys at Law, 83 Central Street, Boston, MA 02109-3413, plaintiff's counsel of record in this matter by first-class mail on August 24, 2004.

_____
Gregg S. Blackburn


JS 44
(Rev. 07/89)

**CIVIL COVER SHEET**

Case 1:04-cv-11843-RWZ    Document 1    Filed 08/25/2004    Page 4 of 5

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
LISA CINCOTTA, personally and as next friend of XAVIER CINCOTTA

**DEFENDANTS**
GREYHOUND LINES, INC.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Essex, MA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

04-11843 RWZ

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

William J. Doyle, Jr., Esq.
Leavis & Rest, P.C.
Attorneys at Law
83 Central Street
Boston, MA 02109-3413   (617) 742-1700

ATTORNEYS (IF KNOWN)

Gregg S. Blackburn, Esq.
Stephen M. Perry, Esq.
Casner & Edwards LLP
303 Congress Street, 2nd Floor
Boston, MA 02210    (617) 426-5900

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

This is a tort action in which there is diversity and which is being removed pursuant to 28 U.S.C. s. 1441 (a) and 28 U.S.C. s. 1446.

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  CHECK IF THIS IS A **CLASS ACTION**  ☐ UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint:  **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):  JUDGE _____  DOCKET NUMBER _____
None except removed case pending in Essex County, Superior Court, C.A. No.: 04-1395-D.

DATE  8-24-04

SIGNATURE OF ATTORNEY OF RECORD  /s/ Gregg Blackburn

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **Lisa Cincotta v. Greyhound Lines, Inc.**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

   ☒ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

   ☐ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   This is a tort action in which there is diversity and which is being removed pursuant to 28 U.S.C. s. 1441(a) and 28 U.S.C. s. 1446. There are no related cases in the U.S. District Court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☒     Central Division ☐     Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐     Central Division ☐     Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Gregg S. Blackburn, Esq.
ADDRESS  Casner & Edwards LLP, 303 Congress Street, 2nd Floor, Boston, MA 02210
TELEPHONE NO.  (617) 426-5900

(Coversheetlocal.wpd - 10/17/02)