UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11843-RWZ

Lisa Cincotta, on her own behalf
and as mother and next friend
of Xavier Cincotta
      Plaintiff

Vs.

Greyhound Lines, Inc.
      Defendant

## ANSWER OF LISA CINCOTTA TO THE CROSSCLAIM OF GREYHOUND LINES, INC.

### PARTIES

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

### COUNT I

### (Contribution)

6. Lisa Cincotta, defendant-in-crossclaim repeats as if fully set forth herein its responses to paragraph 1 through 5 of this answer.

7. Lisa Cincotta, defendant-in-crossclaim admits that the defendant, Greyhound Lines, Inc. is negligent and liable but denies that she was a joint tortfeasor and denies that she is liable in contribution to the defendant, Greyhound Lines, Inc.

WHEREFORE, the defendant-in-crossclaim, Lisa Cincotta demands that judgment be entered on her behalf and that she be awarded costs and

such other relief as the Court deem appropriate and just.

## JURY CLAIM

The defendant-in-crossclaim, Lisa Cincotta claims her right to trial by jury on all claims and issues.

Lisa Cincotta,
Plaintiff and Defendant-in-Crossclaim
By her attorney,

William J. Doyle, Jr.
Leavis and Rest, P.C.
83 Central Street
Boston, MA  02109
(617) 742-1700
BBO #134240

## CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above-entitled document was served upon Gregg S. Blackburn, Casner & Edwards, LLP, 303 Congress Street, Boston, MA 02210 and Jeffrey McLucas, McLucas and West, P.C., 141 Tremont Street, Boston, MA 02111 by first class mail this 5th day of October, 2004

William J. Doyle, Jr.