UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11843-RWZ

| | |
|---|---|
| Lisa Cincotta, on her own behalf and as mother and next friend of Xavier Cincotta,<br>　　　Plaintiff,<br><br>v.<br><br>Greyhound Lines, Inc.,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURTS:

Please enter my appearance as counsel for the Plaintiff, Lisa Cincotta, as mother and next friend of Xavier Cincotta.

                              Plaintiff,
                              Lisa Cincotta, as mother and
                              next friend of Xavier Cincotta,
                              By her attorney,

                              _/s/ Jeffrey C. McLucas_____
                              Jeffrey C. McLucas, B.B.O.# 550650
                              McLucas & West, P.C.
                              141 Tremont Street, Fourth Floor
                              Boston, Massachusetts 02111
                              (617) 338-4242

**CERTIFICATE OF SERVICE**

I, Jeffrey C. McLucas, counsel for the Plaintiff, Lisa Cincotta, as mother and next friend of Xavier Cincotta, in the above-entitled action, hereby certify that on this day, October 7, 2004, I served upon: William J. Doyle, Jr., Esq., Leavis & Rest, P.C., 83 Central Street, Boston, MA 02109 and Gregg S. Blackburn, Esq., Casner & Edwards, LLP, 303 Congress Street, Boston, MA 02210 a copy of Notice of Appearance, by mailing, first class, postage prepaid, to the attorney(s) of record.

Dated:  October 7, 2004

_____
Jeffrey C. McLucas, Esq.