UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11843-RWZ

Lisa Cincotta, on her own behalf )
and as mother and next friend )
of Xavier Cincotta )
       Plaintiff )
)
Vs. )
)
Greyhound Lines, Inc. )
       Defendant )

## NOTICE OF WITHDRAWAL

To The Clerk Of Courts:

Please withdraw my appearance on behalf of the plaintiff, Lisa Cincotta, as mother and next friend of Xavier Cincotta. This notice is accompanied by the appearance of successor counsel, Jeffrey C. McLucas as counsel for the plaintiff, Lisa Cincotta, as mother and next friend of Xavier Cincotta.

The withdrawal of this appearance will not unduly delay the proceedings in this case which was only recently removed to the Court. To date no hearings or trial has been scheduled.

Lisa Cincotta, on her own behalf will continue to be represented by her counsel, William J. Doyle, Jr.

The plaintiff,
By his attorney,

William J. Doyle, Jr.
Leavis and Rest, P.C.
83 Central Street
Boston, MA 02109
(617) 742-1700
BBO #134240