UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11843 RWZ

| | |
|---|---|
| LISA CINCOTTA, on her own behalf and as mother and next friend of Xavier Cincotta,<br>    Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC.<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DEFENDANT'S CERTIFICATION

The defendant Greyhound Lines, Inc. certifies that it has reviewed the status of this matter with the undersigned counsel and discussed budgeting for alternative courses of the litigation and the possibility of use of alternate dispute resolution programs as required by Local Rule 16.1 (D) (3).

Dated: November 12, 2004

Jim Dickson, Claim Consultant
Greyhound Lines, Inc.
15110 N. Dallas Parkway
Dallas, TX  75248

Dated: November 12, 2004

Respectfully submitted,
GREYHOUND LINES, INC.
By its attorney,

Gregg S. Blackburn, BBO# 044430
Stephen M. Perry, BBO# 395955
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

1

## CERTIFICATE OF SERVICE

I, Gregg S. Blackburn, Esq., hereby certify that on this 12th day of November 2004, I served the foregoing **DEFENDANT'S CERTIFICATION**. upon the other parties to this action by causing a copy thereof to be electronically filed and mailed by first-class mail, postage pre-paid, to:

| | |
|---|---|
| William J. Doyle, Jr., Esq. | Jeffrey C. McLucas, Esq. |
| Leavis & Rest, P.C. | McLucas & West, P.C. |
| Attorneys at Law | 141 Tremont Street |
| 83 Central Street | Fourth Floor |
| Boston, MA 02109-3413 | Boston, MA 02111-1227 |

Gregg S. Blackburn

8460.1/337370.1