UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11843-RWZ

Lisa Cincotta, on her own behalf )
and as mother and next friend )
of Xavier Cincotta )
      Plaintiff )
)
Vs. )
)
Greyhound Lines, Inc. )
      Defendant )

**JOINT STATEMENT**

Now come the parties and pursuant to Local Rule 16.1 state as follows:

**PROPOSED PRE-TRIAL
SCHEDULING ORDER**

1.  All written discovery requests including interrogatories and document requests shall be served by all parties on or before December 20, 2004.

2.  All written discovery requests shall be responded to on or before March 21, 2005.

3.  All depositions of parties and nonexpert witnesses shall be completed on or before July 25, 2005.

4.  Plaintiff shall identify her trial experts and disclose information contemplated via F.R.C.P. 26(b)(4) with respect to those experts by August 29, 2005.

5.  Defendant shall identify its trial expert witnesses by September 30, 2005 and disclose information contemplated via F.R.C.P. 26(b)(4) with respect to those experts by October 21, 2005.

6.  All depositions of expert witnesses shall be completed on or before December 16, 2005.

7.  All motions to amend pleadings or join additional parties shall be served on or before December 30, 2004.

8. All dispositive motions, including motions for summary judgment shall be served on or before October 21, 2005.

**CERTIFICATIONS RE BUDGET AND**
**ALTERNATIVE DISPUTE RESOLUTIONS**

The plaintiffs will provide the required certification separately. The defendant's certifications will be provided separately.

The plaintiff,
Lisa Cincotta
By her attorney,

*/s/ William J. Doyle, Jr.*
William J. Doyle, Jr.
Leavis and Rest, P.C.
83 Central Street
Boston, MA 02109
(617) 742-1700
BBO #134240

The plaintiff,
Lisa Cincotta, as the mother and next friend of Xavier Cincotta,

*/s/ Jeffrey C. McLucas (by WJD)*
Jeffrey C. McLucas, Esquire
McLucas & West
141 Tremont Street
Boston, MA 02111
(617) 338-4242

The defendant,
Greyhound Lines, Inc.
By their attorney,

*/s/ Gregg S. Blackburn (by WJD)*
Gregg S. Blackburn, Esquire
Casner and Edwards, LLP
303 Congress Street
Boston, MA 02110
(617) 426-5900

**CERTIFICATE OF SERVICE**

I, William J. Doyle, Jr. hereby certify that on _____ day of November, 2004 a copy of the within Joint Statement was mailed postage prepaid to counsel of record.

*/s/ William J. Doyle, Jr.*
William J. Doyle, Jr.