UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11843-RWZ

Lisa Cincotta, on her own behalf )
and as mother and next friend )
of Xavier Cincotta )
      Plaintiff )
)
Vs. )
)
Greyhound Lines, Inc. )
      Defendant )

## PLAINTIFF'S CERTIFICATION

Now comes the plaintiff, Lisa Cincotta, on her own behalf and as mother and next friend of Xavier Cincotta and counsel for the plaintiff and certify that they have reviewed the status of this matter and discussed issues involving discovery and settlement consistent with the Fed. R. Civ. P. and the Local Rules.

Date: 10/29/04

_____
Lisa Cincotta

The plaintiff,
Lisa Cincotta
By her attorney,

Date: 11/1/04

_____
William J. Doyle, Jr.
Leavis and Rest, P.C.
83 Central Street
Boston, MA 02109
(617) 742-1700
BBO #134240

Date: _11-11-04_

The plaintiff,
Lisa Cincotta, as the mother and next
friend of Xavier Cincotta,
By their attorney,

_Jeffrey C. McLucas_
Jeffrey C. McLucas, Esquire
McLucas & West
141 Tremont Street
Boston, MA 02110
(617) 338-4242
BBO #550650

11-11-04