

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 10, 2005

<u>*Via Electronically Filed*</u>

Attn: Lisa Urso
United States District Court
United States Courthouse
1 Courthouse Way
Boston, MA  02210

Re:  *Lisa Cincotta, on her own behalf and as mother and next friend of Xavier Cincotta*
Vs:  *Greyhound Lines, Inc.*
     <u>U.S. District Court No.: 04-11843 RWZ</u>

Dear Ms. Urso:

On November 18, 2004, Judge Zobel ordered a status report from the parties by January 14, 2005, particularly in reference to any progress in settlement negotiations.

Since the November 18, 2004 scheduling conference, the defendant, Greyhound, has had the opportunity to take the deposition of plaintiff, Lisa Cincotta, and to see and take photographs of the minor, Xavier Cincotta, who required numerous stitches in his head as a result of the incident. Thereafter, Greyhound representatives have reviewed the matter, and are close to making a decision on an additional offer of settlement. However, the settlement picture is problematic due to the fact that the medical bills are in excess of $106,000, but the amount of the lien that will have to be repaid by the plaintiffs is presently unknown because the responsible party, MassHealth, is negotiating with the medical providers in Tennessee concerning payment.

Due in part to these complications, all parties in the case have agreed to request that the Court set a new date for a status report of January 31, 2005.

Thank you for your attention to these matters.

Sincerely,

Gregg S. Blackburn

GSB:lnm
8460.1/341898

cc:   William J. Doyle, Jr., Esq. *(via facsimile (617) 482-4446 and first class mail)*
      Jeffrey C. McLucas, Esq. *(via first class mail)*