LEAVIS AND REST, P.C.

ATTORNEYS AT LAW

83 CENTRAL STREET

BOSTON, MASSACHUSETTS 02109

(617) 742-1700
FACSIMILE (617) 482-4446

PAUL F. LEAVIS
JOHN B. REST
WILLIAM J. DOYLE, JR.
DEBORAH M. SANTELLO

FILED
IN CLERKS OFFICE
2005 FEB 22 P 3: 03
U.S. DISTRICT COURT
DISTRICT OF MASS

February 18, 2005

Attn: Lisa Urso
United States District Court
United States Courthouse
1 Courthouse Way
Boston, MA 02210

**Re:** **Lisa Cincotta, on her own behalf and as mother and next friend of Xavier Cincotta**
**Vs:** **Greyhound Lines, Inc.**
**United States District Court, Massachusetts, C.A. No. 04-11843-RWZ**

Dear Ms. Urso:

I am writing to the court to report on the status of the matter, as ordered at the November 18, 2004 scheduling conference.

Since the time of that scheduling conference, plaintiff Lisa Cincotta has been deposed and plaintiff has permitted examination of the scars on the minor plaintiff, Xavier Cincotta. The parties are presently in the process of scheduling the deposition of James Larkin, the driver of the Greyhound bus involved in this matter.

The parties understand that the Court's hope was that they would be able to come to an early resolution of this matter and the parties have exchanged demands and offers. The parties were unable to agree on a settlement and, at present, no further dialogue is contemplated.

It is the defendant's belief that the sticking point for attempting to resolve this case is the claim involving medical expenses which total approximately $120,000. This represents the amount billed by the hospitals and physicians who treated Xavier Cincotta. It is the defendant's understanding that some of the medical expenses were paid by a public assistance program at a much reduced rate. The actual amount paid to the hospitals and physicians by public assistance has yet to be determined. It is the defendant's position that the true reasonable value of the services rendered is far less than the amount billed.

LEAVIS AND REST, P.C.

Attn: Lisa Urso
United States District Court
February 18, 2005
Page 2


     Counsel for the parties would look forward to conferencing this issue with the Court. The parties are currently proceeding with discovery consistent with the scheduled established by the Court.

                                      Very truly yours,

                                      William J. Doyle, Jr.

WJD/ncb
cc:   Gregg S. Blackburn, Esquire
       Jeffrey C. McLucas, Esquire