LEAVIS AND REST, P.C.
ATTORNEYS AT LAW
83 CENTRAL STREET
BOSTON, MASSACHUSETTS 02109-3413

(617) 742-1700
FACSIMILE (617) 482-4446

PAUL F. LEAVIS
JOHN B. REST
WILLIAM J. DOYLE, JR.
DEBORAH M. SANTELLO

April 13, 2005

United States District Court
United States Courthouse
1 Courthouse Way
Boston, MA  02210

**Attn:  Lisa Urso**

    Re:    **Lisa Cincotta, on her own behalf and
as mother and next friend of Xavier Cincotta**
    Vs:    **Greyhound Lines, Inc.
United States District Court,
Massachusetts, C.A. No. 04-11843-RWZ**

Dear Ms. Urso:

    I am writing to the court to report on the status of the matter.

    The parties have reached a settlement of this matter. Consistent with G.L. c. 231§140 c. 1/2 and the Tenn. Code Ann. sec. 71-5-117 the parties are requesting a hearing before the Court for approval of the settlement. A hearing is requested for the first available date. Enclosed for filing and the court's consideration is the Plaintiffs' Petition For Approval Of A Compromise Settlement. If and when the Court should approve the petition the parties will file a stipulation of dismissal.

    Thank you for your consideration and attention to this matter.

    Very truly yours,

    William J. Doyle, Jr.

WJD/ncb
Enclosure
cc:    Gregg Blackburn, Esquire
       Jeffrey C. McLucas, Esquire