UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11843-RWZ

| | |
|---|---|
| Lisa Cincotta, on her own behalf and as mother and next friend of Xavier Cincotta<br>　　　　Plaintiff<br><br>Vs.<br><br>Greyhound Lines, Inc.<br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

Now come the parties in the above-entitled and by their counsel stipulate to the dismissal of this matter with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all appellate issues being waived. This stipulation is applicable to all claims and counterclaims.

　　　　　　　　　　　　　　　Lisa Cincotta,
　　　　　　　　　　　　　　　By his attorney,


　　　　　　　　　　　　　　　_/s/ William J. Doyle, Jr._____
　　　　　　　　　　　　　　　William J. Doyle, Jr.
　　　　　　　　　　　　　　　Leavis and Rest, P.C.
　　　　　　　　　　　　　　　83 Central Street
　　　　　　　　　　　　　　　Boston, MA  02109
　　　　　　　　　　　　　　　(617) 742-1700
　　　　　　　　　　　　　　　BBO #134240

Greyhound Lines, Inc.
By their attorney,

*[signature]*

Gregg S. Blackburn, Esquire
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900


Xavier Cincotta by his mother and
next friend, Lisa Cincotta
By his attorney,

*[signature]*

Jeffrey C. McLucas
McLucas & West
141 Tremont Street
Boston, MA 02111
(617) 338-4242